Michael Morrison (CSB # 72022)
Frances K. Greenleaf (CSB # 197937)
**JANSSEN, MALLOY, NEEDHAM, MORRISON, REINHOLTSEN, CROWLEY & GRIEGO, LLP**
730 Fifth Street
P.O. Drawer 1288
Eureka, CA 95501
Telephone: (707) 445-2071
Facsimile:  (707) 445-8305

Attorneys for Defendants
Open Door Community Health Centers
and Arcata Open Door Clinic

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH MILLER, | Case No. CV 08 1593 WDB |
| Plaintiff, | <u>Civil Rights</u> |
| v. | STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT |
| OPEN DOOR COMMUNITY HEALTH CENTERS, a California corporation, dba ARCATA OPEN DOOR CLINIC, and DOES ONE to FIFTY, inclusive, | [L.R. 6-1(a)] |
| | JURY TRIAL DEMAND |
| Defendants. | Judge:  Hon. Magistrate Wayne D. Brazil |

Plaintiff ELIZABETH MILLER (hereinafter "Plaintiff") and Defendants, OPEN DOOR COMMUNITY HEALTH CENTERS and ARCATA OPEN DOOR CLINIC (hereinafter "Defendants") by and through their respective counsel, stipulate that the time for Defendants to answer or otherwise respond to Plaintiff's Complaint is extended to June 4, 2008.

IT IS SO STIPULATED.

Dated:  May 1, 2008          _____/s/_____
                              Jason K. Singleton, Esq.
                              Attorney for Plaintiff

Dated:  May 1, 2008          _____/s/_____
                              Michael Morrison, Esq.
                              Frances K. Greenleaf, Esq.
                              Attorneys for Defendants

STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT          1