Michael Morrison (CSB # 72022)
Frances K. Greenleaf (CSB # 197937)
**JANSSEN, MALLOY, NEEDHAM, MORRISON, REINHOLTSEN, CROWLEY & GRIEGO, LLP**
730 Fifth Street
P.O. Drawer 1288
Eureka, CA 95501
Telephone: (707) 445-2071
Facsimile:  (707) 445-8305

Attorneys for Defendant
Open Door Community Health Centers
dba Arcata Open Door Clinic

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH MILLER, | Case No. CV 08 1593 WDB |
| Plaintiff, | <u>Civil Rights</u> |
| v. | CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |
| OPEN DOOR COMMUNITY HEALTH CENTERS, a California corporation, dba ARCATA OPEN DOOR CLINIC, and DOES ONE to FIFTY, inclusive, | JURY TRIAL DEMAND |
| | Hon. Magistrate Wayne D. Brazil |
| Defendants. _____/ | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the judgement shall be taken directly to the

/ / /

/ / /

/ / /

/ / /

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE        1

1 | United States Court of Appeals for the Ninth Circuit.

2 | Dated: May 16, 2008        JANSSEN, MALLOY, NEEDHAM, MORRISON,
                               REINHOLTSEN, CROWLEY & GRIEGO, LLP

By: _____/s/_____
    Michael Morrison
    Frances K. Greenleaf
    Attorneys for Defendant
    Open Door Community Health Centers
    dba Arcata Open Door Clinic