# SINGLETON LAW GROUP

Jason K. Singleton, Esq.  
jason@singletonlawgroup.com

Richard E. Grabowski, Esq.  
rgrabowski@mckinleyville.net

611 "L" Street, Suite A  
Eureka, California 95501

707-441-1177  
707-441-1533 fax

August 5, 2008

The Honorable Wayne D. Brazil  
United States District Court  
1301 Clay Street, Suite 400S  
Oakland, CA 94612

**RE:    Miller v Open Door Community Health Centers**  
        USDC, Nothern District of California, No. C-08-1593 WDB

Dear Judge Brazil:

Pursuant to your Order dated 8-3-08 in the above-titled action, the parties have conferred regarding reassignment to Magistrate Judge Vadas in Eureka, California, for all future proceedings and hereby consent to said reassignment of this matter.

Very truly yours,

SINGLETON LAW GROUP

 /s/ Jason K. Singleton_____  
Jason K. Singleton, Attorneys for Plaintiff  
Elizabeth Miller

JANSSEN, MALLOY, NEEDHAM, MORRISON,  
REINHOLTSEN, CROWLEY & GRIEGO, LLP

 /s/ Frances K. Greenleaf_____  
Frances K. Greenleaf, Attorneys for Defendant ,  
Open Door Community Health Centers