UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILLER, | No. C 08-1593 WDB |
| Plaintiff, | NOTICE OF REASSIGNMENT TO MAGISTRATE JUDGE NANDOR J. VADAS |
| v. | |
| OPEN DOOR COMMUNITY HEALTH CENTERS, | |
| Defendant. | |
| _____/ | |

     The Clerk of this Court will now reassign this case to Magistrate Judge Nandor J. Vadas. The Court has identified this action as one that appears suitable for reassignment to Magistrate Judge Vadas, whose courtroom is located in Eureka, California. Such reassignment has the potential to result in greater convenience to the parties and more expeditious disposition of the matter on the merits. By letter dated August 5, 2008, that was e-filed with the Court, the parties have consented to the reassignment of this case to Magistrate Judge Vadas.

Dated: August 8, 2008　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　　　　　　United States District Court

　　　　　　　　　　　　　　　　　　　　　　　*Sarah Weinstein*

　　　　　　　　　　　　　　　　　　　　　　　By: SarahWeinstein
　　　　　　　　　　　　　　　　　　　　　　　　　Law Clerk/Deputy Clerk

G:\WDBLC1\FORMS\impending reassignment clerks notice.wpd