**UNITED STATES DISTRICT COURT**
**Northern District of California**
1301 Clay Street
Oakland, California 94612

———————

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

**August 12, 2008**

CASE NUMBER:  CV 08-01593 WDB
CASE TITLE:  ELIZABETH MILLER-v-OPEN DOOR COMMUNITY HEALTH

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **EUREKA** division.

**Honorable NANDOR J. VADAS** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **NJV** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: August 12, 2008

FOR THE EXECUTIVE COMMITTEE:

_____
                          Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies          Special Projects
Log Book Noted                          Entered in Computer 08/12/08 cjl

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                 Transferor CSA