**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102
Phone: 415.522.2035



RICHARD W. WIEKING
CLERK OF COURT

August 13, 2008

**Michael Morrison**
Janssen Malloy Needham Morrison Reinholtsen, et al., LLP
730 Fifth Street
P.O. Drawer 1288
Eureka , CA 95501

**Re:**   ELIZABETH MILLER v. OPEN DOOR COMMUNITY HEALTH CENTER

Dear Counsel:

　　　This matter has been  assigned to United States Magistrate Judge Nandor J. Vadas for all purposes including trial.

　　　The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

　　　While the docket reflects a joint letter of consent to Magistrate Judge Vadas for all further proceedings in this matter, parties are required to file the formal document.  Attached is the consent form.  Please sign and file the same by August 27, 2008 if you wish to proceed in this manner.   This form can be found on the Court's website at www.cand.uscourts.gov.  Thank you.

　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　RICHARD W. WIEKING

　　　　　　　　　　　　　　　　　By: _Gloria Masterson_
　　　　　　　　　　　　　　　　　　　Gloria Masterson
　　　　　　　　　　　　　　　　　　　Deputy Clerk

Attachments

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FIELD(1),                                                    No.  C FIELD(3) JCS

       Plaintiff(s),                          **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

       v.

FIELD(2),

       Defendant(s).

_____/

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: _____          _____
                                                                        Signature

                                                                        Counsel for _____
                                                                        (Name or party or indicate "pro se")