1
2

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102
Phone: 415.522.2035



3    RICHARD W. WIEKING
     CLERK OF COURT

4

5                                    August 13, 2008

6

7    **Jason K. Singleton**
     Singleton Law Group
     611 L Street
8    Suite A
     Eureka , CA 95501

9

10   **Re:**    ELIZABETH MILLER v. OPEN DOOR COMMUNITY HEALTH CENTER

11   Dear Counsel:

12          This matter has been  assigned to United States Magistrate Judge Nandor J. Vadas
     for all purposes including trial.

13          The magistrate judges of this district have been designated to conduct any and all
14   proceedings in a civil case including a jury or nonjury trial and to order the entry of a final
     judgment, upon the consent of all parties.

15          While the docket reflects a joint letter of consent to Magistrate Judge Vadas for all
16   further proceedings in this matter, parties are required to file the formal document.
     Attached is the consent form.  Please sign and file the same by August 27, 2008 if you wish
17   to proceed in this manner.   This form can be found on the Court's website at
     www.cand.uscourts.gov.  Thank you.

18                                    Sincerely,

19

20                                    RICHARD W. WIEKING

21                                    By:  _Gloria Masterson_
22                                         Gloria Masterson
                                           Deputy Clerk

23   Attachments

24

25

26

27

28

United States District Court

For the Northern District of California

1
2
3
4                          UNITED STATES DISTRICT COURT
5                        NORTHERN DISTRICT OF CALIFORNIA
6
7   FIELD(1),                              No.  C FIELD(3) JCS
8          Plaintiff(s),                   **CONSENT TO PROCEED BEFORE A
                                           UNITED STATES MAGISTRATE JUDGE**
9      v.
10  FIELD(2),
11         Defendant(s).
12  _____/
13
14       CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
15         In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party
16  in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate
17  Judge conduct any and all further proceedings in the case, including trial, and order the entry of a
18  final judgment. Appeal from the judgment shall be taken directly to the United States Court of
19  Appeals for the Ninth Circuit
20
21  Dated: _____          _____
22                                          Signature
23                                          Counsel for _____
                                            (Name or party or indicate "pro se")
24
25
26
27
28

2