1  Michael Morrison (CSB # 72022)
   Frances K. Greenleaf (CSB # 197937)
2  **JANSSEN, MALLOY, NEEDHAM, MORRISON,
   REINHOLTSEN, CROWLEY & GRIEGO, LLP**
3  730 Fifth Street
   P.O. Drawer 1288
4  Eureka, CA 95501
   Telephone: (707) 445-2071
5  Facsimile: (707) 445-8305

6  Attorneys for Defendant
   Open Door Community Health Centers
7  dba Arcata Open Door Clinic

8

9              **UNITED STATES DISTRICT COURT**

10             **NORTHERN DISTRICT OF CALIFORNIA**

11

12 | ELIZABETH MILLER, | Case No. CV 08 1593 NJV |
   |---|---|
13 | Plaintiff, | CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |
14 | v. | JURY TRIAL DEMAND |
15 | OPEN DOOR COMMUNITY HEALTH CENTERS, a California corporation, dba ARCATA OPEN DOOR CLINIC, and DOES ONE to FIFTY, inclusive, | Hon. Magistrate Nandor J. Vadas |
16 | | |
17 | Defendants. | |
18 | _____ / | |

19

20       CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

21       In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned

22 party in the above-captioned civil matter hereby voluntarily consents to have a United States

23 Magistrate Judge conduct any and all further proceedings in the case, including trial, and

24 order the entry of a final judgment. Appeal from the judgement shall be taken directly to the

25 / / /

26 / / /

27 / / /

28 / / /

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE                    1

1  United States Court of Appeals for the Ninth Circuit.

2  Dated: August 15, 2008                JANSSEN, MALLOY, NEEDHAM, MORRISON,
                                         REINHOLTSEN, CROWLEY & GRIEGO, LLP
3

4
                                         By: _____/s/_____
5                                            Michael Morrison
                                             Frances K. Greenleaf
6                                            Attorneys for Defendant
                                             Open Door Community Health Centers
7                                            dba Arcata Open Door Clinic

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28