1  Michael Morrison (CSB # 72022)
   Frances K. Greenleaf (CSB # 197937)
2  **JANSSEN, MALLOY, NEEDHAM, MORRISON,
   REINHOLTSEN, CROWLEY & GRIEGO, LLP**
3  730 Fifth Street
   P.O. Drawer 1288
4  Eureka, CA 95501
   Telephone: (707) 445-2071
5  Facsimile: (707) 445-8305

6  Attorneys for Defendants
   Open Door Community Health Centers
7  and Humboldt Open Door Clinic

8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH MILLER, | Case No. CV 08 1593 WDB |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE AT MEDIATION |
| v. | |
| OPEN DOOR COMMUNITY HEALTH CENTERS, a California corporation, dba ARCATA OPEN DOOR CLINIC, and DOES ONE to FIFTY, inclusive, | |
| Defendants. | |

Pursuant to the ADR Local Rule 6-9 letter request of defendant Open Door Community Health Centers, IT IS HEREBY ORDERED THAT the following insurance representative parties may appear telephonically, and are excused from appearing in person, at the mediation scheduled for December 15, 2008, in Eureka, California:

   Mr. Robert Stenberg
   NORCAL MUTUAL INSURANCE COMPANY
   560 Davis Street
   San Francisco, CA 94111-1902

///

///

[PROPOSED] ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE AT MEDIATION      1

1  Mark F. Romero, SCLA
   Senior Professional Liability Claim Examiner
2  Philadelphia Insurance Companies
   2901 Douglas Boulevard, Suite 150
3  Roseville, CA 95661

4

5  DATED: 12/1/08            /s/ Wayne D. Brazil
                             Wayne D. Brazil
6                            United States Magistrate Judge