**Jason K. Singleton,** State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski,** State Bar # 236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**

**(707) 441-1177**
**FAX 441-1533**

Attorney for Plaintiff, ELIZABETH MILLER

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH MILLER,<br><br>    Plaintiff,<br><br>v.<br><br>OPEN DOOR COMMUNITY HEALTH CENTERS, a California corporation, dba ARCATA OPEN DOOR CLINIC, and DOES ONE to FIFTY, inclusive,<br><br>    Defendants. | Case No. C-08-1593 NJV<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE and (~~PROPOSED~~) ORDER |

Plaintiff ELIZABETH MILLER and Defendants OPEN DOOR COMMUNITY HEALTH CENTERS, dba HUMBOLDT OPEN DOOR CLINIC (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1.     The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

///

///

///

///

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated: February 3, 2009        /s/ Richard E. Grabowski
Jason K. Singleton,
Richard E. Grabowski, Attorneys for
Plaintiff, **ELIZABETH MILLER**

**JANSSEN, MALLOY, NEEDHAM, MORRISON, REINHOLTSEN, CROWLEY & BRIEGO, LLP**

Dated:  February 3, 2009        /s/ Frances K. Greenleaf
FRANCES K. GREENLEAF, Attorneys for
Defendants **OPEN DOOR COMMUNITY HEALTH CENTERS, dba HUMBOLDT OPEN DOOR CLINIC**

### ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>MILLER v OPEN DOOR, et al.</u>, Case Number CV-08-1593 NJV, is dismissed with prejudice with each party to bear their own attorneys fees and costs.

Dated: 2/10/09  _____        _____
NANDOR J. VADAS
UNITED STATES MAGISTRATE JUDGE